UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:26-cv-02034-SPG (ADS) Date: September 21, 2026

Title: *Centina Mendez Randolfo v. U.S. Immigration and Customs Enforcement*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: MOOTNESS**

On June 4, 2026, Petitioner Cetina Mendez Randolfo, by and through counsel, filed an Amended Petition for Habeas Corpus Relief (the "Amended Petition"). The Petition primarily seeks a writ of habeas corpus requiring Respondents to immediately release Petitioner from immigration detention.

"A case becomes moot when interim relief or events have deprived the court of the ability to redress the party's injuries." United States v. Alder Creek Water Co., 823 F.2d 343, 345 (9th Cir. 1987); see also NASD Disp. Resol., Inc. v. Jud. Council, 488 F.3d 1065, 1068 (9th Cir. 2007) (finding appeal to be moot when the plaintiffs had already been granted the relief they sought). Courts have an obligation to consider mootness sua sponte and should deny requested relief where it is superfluous. In re Burrell, 415 F.3d 994, 997 (9th Cir. 2005). The "basic question in determining mootness is whether there is a present controversy as to which effective relief can be granted." Nw. Envtl. Def. Ctr. v. Gordon, 849 F.2d 1241, 1244 (9th Cir. 1988).

Here, Respondents filed a status report alleging that Petitioner would soon be removed from the United States and that the Petition would be consequently moot. (Dkt. No. 17.) The parties are ordered to file a joint status report no later than **September 24, 2026**, addressing whether Petitioner has been removed from the United States and whether the Petition is moot. The status report must substantively

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:26-cv-02034-SPG (ADS) Date: September 21, 2026

Title: *Centina Mendez Randolfo v. U.S. Immigration and Customs Enforcement*

specify what claims, if any, remain pending, the relief sought, and the factual and legal basis for each claim. If the parties are unable to file a joint report, each party shall file a separate status report by the same date.

**IT IS SO ORDERED.**

Initials of Clerk kh