JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTINA MENDEZ RANDOLFO,<br>Petitioner,<br>v.<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br>Respondents. | Case No. 5:26-cv-02034 SPG (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Amended Petition is dismissed as moot.

Dated: November 2, 2026

THE HONORABLE SHERILYN PEACE GARNETT
United States District Judge